Additional Certificate (17 U.S.C. 706)

**EXHIBIT "A"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Form VA**
For a Work of the Visual Arts

**VA 1-434-116**



EFFECTIVE DATE OF REGISTRATION
6 / 10 / 2013
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1 TITLE OF THIS WORK:** Group Registration for Automated Database
**NATURE OF THIS WORK:** Digital Images & Compilation Database

**PREVIOUS OR ALTERNATIVE TITLES:** titled Stockfood America published Quarterly from 7/1/12 - 9/30/12

PUBLICATION AS A CONTRIBUTION...

**2a NAME OF AUTHOR:** Stockfood America
**DATES OF BIRTH AND DEATH:** NA
WAS THIS CONTRIBUTION TO THE WORK A "WORK MADE FOR HIRE"? [no]
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of USA / Domiciled in Maine
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? No; Pseudonymous? No

NATURE OF AUTHORSHIP: Photograph (checked) — Compilation of photographs

**2b NAME OF AUTHOR:** See Contribution forms

**3a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** 2012
**3b DATE AND NATION OF FIRST PUBLICATION:** Month 9 Day 30 Year 2012

**4 COPYRIGHT CLAIMANT(S):** Stockfood America, 109 Lafayette Center Kennebunk ME 04043

TRANSFER: By contract

APPLICATION RECEIVED: 6/10/2013
ONE DEPOSIT RECEIVED

Page 1 of 130 pages

\*Amended by C.O. from application and deposit.

EXAMINED BY KSL      FORM VA

CHECKED BY

CORRESPONDENCE ☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
\* ☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☒ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
\* previously published database

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
~~for~~ new photographs
new compilation of photographs

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼      Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Shannon Mahoney
Stockfood America
109 Lafayette Ctr., Kennebunk, ME 04043
Area code and daytime telephone number 207-967-5776    Fax number ✗
Email shannon.mahoney@stockfood.com

**8 CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Stockfood America
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Deborah A. Free     Date 5/29/13
Handwritten signature (X) ▼
x /s/ Deborah Free

**9** Certificate will be mailed in window envelope to this address:
Name ▼ Stockfood America/Shannon Mahoney
Number/Street/Apt ▼ 109 Lafayette Ctr
City/State/Zip ▼ Kennebunk, ME 04043