**EXHIBIT "B"**

Page 1
Facebook
https://www.facebook.com/photo/?fbid=1378567688854028&set=pb.100051181256290.-2207520000



Page 1
Facebook
https://www.facebook.com/photo/?fbid=1354375367939927&set=pb.100051181256290.-2207520000



Captured by FireShot Pro: 22 April 2024, 12:57:55
https://getfireshot.com

Page 1
Facebook
https://www.facebook.com/photo/?fbid=1367199516657512&set=pb.100051181256290.-2207520000



Page 1
Facebook
https://www.facebook.com/photo/?fbid=1346895578687906&set=pb.100051181256290.-2207520000



Page 1
Facebook
https://www.facebook.com/photo/?fbid=1304322292945235&set=pb.100051181256290.-2207520000



This photo is from a post.                                    View post

Red Horse Market
November 3, 2016 ·

Like          Comment          Share

Write a comment...

Page 1
Facebook
https://www.facebook.com/RedHorseMarket/photos/pb.100051181256290.-2207520000/1406289852748478/?type=3



Captured by FireShot Pro: 22 April 2024, 10:59:46
https://getfireshot.com